IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.  CRIMINAL ACTION NO. 2:93-00196-02

**JEROME THOMAS**

## MEMORANDUM OPINION AND ORDER

The court is in receipt of the parties' submissions addressing defendant's eligibility for a reduced sentence under the First Step Act. The court has reviewed those submissions. Both parties maintain that defendant's maximum statutory range is twenty (20) years. Defendant is currently serving a term of imprisonment of 360 months. However, having reviewed the superseding indictment,* it appears that the statutory maximum for Count Two is forty (40) years under current law. See 21 U.S.C. § 841(b)(1)(B). If this is true, at least with respect to Count Two, defendant would not be serving a sentence in excess of the current statutory maximum.

Should the parties wish to make a further submission based upon the foregoing, they should do so no later than **April 30, 2019.**

---

\* The superseding indictment is found at ECF No. 422-1.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to the Federal Public Defender, the United States Attorney, the United States Probation Office, and the United States Marshal.

**IT IS SO ORDERED** this 23rd of April, 2019.

ENTER:

David A. Faber
Senior United States District Judge